**Electronically Filed
Intermediate Court of Appeals
29352
21-MAR-2013
10:58 AM**

NO. 29352

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, ex rel. MARK J. BENNETT,
Attorney General, on behalf of RUSS K. SAITO,
Comptroller, State of Hawai'i, Plaintiff-Appellant,
Cross-Appellee, and HAWAII GOVERNMENT
EMPLOYEES ASSOCIATION, AFSCME LOCAL NO. 152, AFL-CIO;
UNITED PUBLIC WORKERS, AFSCME LOCAL NO. 646, AFL-CIO;
ROYAL STATE NATIONAL INSURANCE COMPANY, LIMITED;
THE ROYAL INSURANCE AGENCY, INC.; VOLUNTARY;
EMPLOYEES BENEFIT ASSOCIATION OF HAWAII; MANAGEMENT
APPLIED PROGRAMMING, INC., Defendants-Appellees,
Cross-Appellants, and JOHN and JANE DOES
and DOE CORPORATIONS 1-100, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 02-1-0685)


ORDER OF CORRECTION
(By:  Leonard, J., for the court[1/])

IT IS HEREBY ORDERED that the Memorandum Opinion of the court filed on February 27, 2013, is corrected by inserting the words "is less" after the word "whichever" in the quote on page 10 at line 3.

---

[1/]     Foley, Presiding Judge, and Leonard, J., and Nakamura, C.J., concurring and dissenting

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 21, 2013.

FOR THE COURT:

Associate Judge